

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-25-00273-CV

---

### Gregory Walberg and Evelyn Walberg, Appellants

v.

### Delton Weiser, Virginia Weiser, Mark Stites, Kathy Stites, and James P. Marchak, Appellees

---

On Appeal from the 395th District Court

Williamson County, Texas

Trial Court No. 21-0740-C425

---

## MEMORANDUM OPINION[1]

Before the Court is the parties' agreed motion to dismiss this appeal as moot. The parties

inform us that they have "settled their dispute and have entered an agreed order of dismissal in the

underlying suit that vacated the order from which this appeal was taken." The motion complies

---

[1] This case was transferred pursuant to the Texas Supreme Court's docket equalization efforts. Tex. Gov't Code § 73.001. We follow the precedent of the Third Court of Appeals to the extent it might conflict with our own. *See* Tex. R. App. P. 41.3.

with Texas Rule of Appellate Procedure 42.1. *See* Tex. R. App. P. 42.1(a)(2). We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2)(A).

GINA M. PALAFOX, Justice

June 19, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.